UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
       Plaintiffs,

against

ALLEN LINEN SUPPLY AND LAUNDRY,
       Defendant.

**AFFIDAVIT OF SERVICE**
07 Civ. 6632 (CM)

---

STATE OF NEW YORK )
         ) ss.
COUNTY OF NEW YORK )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On September 19, 2007 I served the Plaintiffs herein with a copy of the Order Scheduling an Initial Pretrial Conference by causing a true copy of said Order addressed to the Defendant at 407 20th Avenue, Paterson, New Jersey 07513 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7005 1160 0004 3543 2362 and regular mail.

                      *Michele Reid*
                        Michele Reid

Sworn to, before me, this
20th day of September 2007.

*Sabrina Brooks*

**SABRINA BROOKS**
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010