COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
                      Plaintiffs,
-against-
ALLEN LINEN SUPPLY AND LAUNDRY,
                      Defendant.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)

07 CIV. 6632 (CM)

SIRS:

**PLEASE TAKE NOTICE** that the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Summons and Complaint on July 24, 2007, and a copy of the Summons & Complaint having been served on Allen Linen Supply and Laundry (hereinafter, the "Defendant"), and no answer or motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice, it is

**THEREFORE**, pursuant to the provisions of Rule 41 (a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: October 9, 2007
New York, New York

*[signature]*
Mark Schwartz, MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED: *[signature]*

**Colleen McMahon**
**U.S. District Court Judge**